■ In the Matter of FREDERICK McMILLIAN, Petitioner, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs, et al., Respondents. [706 NYS2d 651] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe,* 234 AD2d 996). (CPLR art 78

Proceeding Transferred by Order of Supreme Court, Jefferson County, Gilbert, J.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.